LAW OFFICES OF GARROTTO & GARROTTO
Greg W. Garrotto, State Bar #89542
Jana Gordon Garrotto, State Bar #143564
1925 Century Park East, Suite 2000
Los Angeles, California 90067
Telephone (310) 229-9200

PEYMAN & RAHNAMA
Pejman Rahnama, Esq. SBN 176504
11801 W. Washington Blvd.
Los Angeles, CA 90066
Telephone (310) 788-7788

Attorneys for Plaintiffs, Ramon Sandoval and Maritza De La Cruz

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON SANDOVAL, MARITZA DE LA CRUZ<br><br>    Plaintiffs<br><br>vs.<br><br>BERNZOMATIC, a division of Newell Rubbermaid, Inc., a corporation; THE HOME DEPOT, INC. a corporation, DOES 1-100, Inclusive<br><br>    Defendants | CASE NO. CV 06-7989 GPS (JTLX)<br><br>STIPULATION RE: DISMISSAL<br><br>Trial Date: August 5, 2008<br>Time: 8:30 a.m.<br>Courtroom: 7 |

The above entitled matter having been settled in its entirety, IT IS HEREBY STIPULATED THAT:

1. That the above entitled action be dismissed in its entirety with prejudice;

2. That the Court will retain jurisdiction over the parties to enforce the settlement until performance in full of the terms of the settlement.

Dated: 8/3/08

GARROTTO & GARROTTO

GREG W. GARROTTO
Attorneys for Plaintiffs

Dated: August 5, 2008

HOLLAND & KNIGHT LLP

SHELLEY G. HURWITZ
Attorneys for Defendants
Bernzomatic and Home Depot
U.S.A., Inc.

# 5522780_v1

PROOF OF SERVICE

STATE OF CALIFORNIA   )
                      )
COUNTY OF LOS ANGELES )

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1925 Century Park East, Suite 2000, Los Angeles, California 90067.

    On August 5, 2008, I served the foregoing document described as STIPULATION RE:DISMISSAL the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

Pejman Rahnama, Esq.
Peyman & Rahnama
11801 W. Washington Blvd.
Los Angeles, CA 90066
(Co-Counsel for Plaintiffs Ramon Sandoval et. al. in LASC 090029)

Shelley G. Hurwitz, Attorney at Law
Holland & Knight LLP
633 W. Fifth St. 21st Floor
Los Angeles, CA 90071
(Counsel for Defendants Bernzomatic and Home Depot)

    I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California. I am "readily familiar" with this office's practice of collection and processing correspondence and documents for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that, on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this affidavit.

    Executed on August 5, 2008, at Los Angeles, California. I declare, under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

_____