LAW OFFICES OF GARROTTO & GARROTTO
Greg W. Garrotto, State Bar #89542
Jana Gordon Garrotto, State Bar #143564
1925 Century Park East, Suite 2000
Los Angeles, California 90067
Telephone (310) 229-9200

JS-6

PEYMAN & RAHNAMA
Pejman Rahnama, Esq.  SBN 176504
11801 W. Washington Blvd.
Los Angeles, CA 90066
Telephone (310) 788-7788

Attorneys for Plaintiffs, Ramon Sandoval and Maritza De La Cruz

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON SANDOVAL, MARITZA DE LA CRUZ<br><br>Plaintiffs<br><br>vs.<br><br>BERNZOMATIC, a division of Newell Rubbermaid, Inc., a corporation; THE HOME DEPOT, INC. a corporation, DOES 1-100, Inclusive<br><br>Defendants | CASE NO. CV 06-7989 GPS (JTLX)<br><br>ORDER OF DISMISSAL<br><br>Trial Date: August 5, 2008<br>Time: 8:30 a.m.<br>Courtroom: 7 |

The Parties in the above entitled matter having stipulated that:

1. That the above entitled action be dismissed in its entirety with prejudice;

2. That the Court will retain jurisdiction over the parties to enforce the settlement until performance in full of the terms of the settlement including, upon motion, entering judgment pursuant to the terms of the settlement.

IT IS HEREBY ORDERED THAT:

1. The above entitled action is dismissed in its entirety with prejudice;

ORDER RE: DISMISSAL

2. The Court will retain jurisdiction over the parties to enforce the settlement until performance in full of the terms of the settlement.

Dated: August 7, 2008

GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT COURT JUDGE

2   ORDER RE: DISMISSAL